IN THE UNITED STATES BANKRUTPCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: :
STEPHANIE O. JOY, : CASE NO.
aka STEPHANIE OMDAL JOY, :
aka STEPHANIE JOY, : CHAPTER 13
        Debtor. :

## CERTIFICATION OF NO PAYMENT ADVICES
**Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)**

    I, Stephanie O. Joy, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), *from any source of employment*. I further certify that I received no payment advices during that period because:

    ____ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

    ____ I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

    __X__ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

    ____ I have been unemployed through the sixty (60) days immediately preceding the date of the above-captioned petition.

    ____ I did not receive payment advices due to factors other than those listed above. (Please explain) _____

    I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Date: 1/26/2018

                                                      Stephanie O. Joy

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In Re: :
STEPHANIE O. JOY, : CASE NO.
aka STEPHANIE OMDAL JOY, :
aka STEPHANIE JOY, : CHAPTER 13
        Debtor. :

## BUSINESS
## INCOME AND EXPENSES

July 1, 2017 through December 31, 2017

| Month | Income | Expenses |
|---|---|---|
| July 2017 | $ 1,412.05 | $ 1,057.66 |
| Aug. 2017 | $ 7,481.84 | $ 1,167.66 |
| Sept. 2017 | $ 7,005.39 | $ 2,187.66 |
| Oct. 2017 | $ 8,025.84 | $ 2,347.66 |
| Nov. 2017 | $ 1,602.15 | $ 1,057.66 |
| Dec. 2017 | $ 12,500.90 | $ 2,817.66 |
| TOTAL | $ 38,028.17 | $ 10,625.96 |
| 6 MONTH AVERAGES | $ 6,338.03 | $ 1,772.66 |

Date: 1/26/2018

X /s/ Stephanie O. Joy